

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER** and Adrian Segovia,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

## O R D E R

A motion to abate this appeal has been filed. The motion alleges the parties are considering settling the underlying case. We take no action on the motion to abate, but on our own motion, suspend the deadlines in this appeal for 60 days. Within 60 days of this order, we order the parties to file either a motion to dispose of this appeal in accordance with the Texas Rules of Appellate Procedure or a response explaining why such a motion has not been filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court